IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERALD NILES,

    Petitioner,
v.                                                  CASE NO. 4:09-cv-00392-RH-AK

WALTER A. McNEIL,

    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

This matter is before the Court on Doc. 17, Respondent's Motion to Dismiss. Respondent contends that the Amended Petition (Doc. 4) should be dismissed because it is a second or successive Petition in which Petitioner is challenging a 1991 Leon County conviction, and Petitioner failed to obtain leave of the Court of Appeals before filing the Petition. Petitioner has not filed a response.

Petitioner has been denied relief under § 2254 as to this conviction, and at least two subsequent petitions were dismissed as second or successive. See Niles v. Kerley, case no. 4:93-cv-40374-MP (11/07/94) (denying Petitioner's first petition); Niles v. Johnson, case no. 4:98-cv-195-RH (9/14/98) (summarily denying second petition); Niles v. Davis, case no. 4:03-cv-140-SPM (N.D. Fla. 7/30/03) (dismissing petition as successive) .

Pursuant to 28 U.S.C. § 2244(b)(3)(A), this Court cannot consider a second or successive

habeas petition until a panel of the Eleventh Circuit has authorized its filing. There is no indication that Petitioner has satisfied the requirements for filing this case, and thus, it is not properly before this Court for consideration.

In light of the foregoing, it is respectfully **RECOMMENDED:**

That Respondents' motion to dismiss, Doc. 17, be **GRANTED**;

That the amended petition for writ of habeas corpus, Doc. 4, be **DISMISSED AS AN UNAUTHORIZED SECOND OR SUCCESSIVE PETITION**.

**IN CHAMBERS** at Gainesville, Florida, this **4th** day of January, 2010.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**