# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

GERALD NILES,

    Petitioner,

v.                                                            CASE NO. 4:09cv392-RH/AK

WALTER A. McNEIL,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 18) and the objections (document 20; see also document 19). I have reviewed *de novo* the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The respondent's motion to dismiss (document 17) is GRANTED. The clerk must enter judgment stating "The amended petition for a writ of habeas

corpus is DISMISSED without prejudice as an unauthorized second or successive petition." The clerk must close the file.

SO ORDERED on January 19, 2010.

s/Robert L. Hinkle<br>United States District Judge